Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Stewart Thompson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART THOMPSON,<br><br>          Plaintiff,<br><br>vs.<br><br>SPECTRUM GATEWAY HOTELS, LLC; MARRIOTT INTERNATIONAL, INC.; and DOES 2-10,<br><br>          Defendants. | Case No.: 8:25-cv-01192-KES<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPECTRUM GATEWAY HOTELS, LLC WITHOUT PREJUDICE PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Stewart Thompson voluntarily dismisses the action <u>without</u> prejudice as to Defendant Spectrum Gateway Hotels, LLC only.

Respectfully submitted,

DATED:  July 29, 2025                              VALENTI LAW APC

By:   */s/ Matt Valenti*
        Matt Valenti, Esq.
        Attorney for Plaintiff
        Stewart Thompson